762

158 A.3d 1240

OFFICE OF DISCIPLINARY COUNSEL, Respondent

v.

Allen FEINGOLD, Petitioner

No. 126 EM 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW**, this 11th day of October, 2016, the Request to Submit Reply is **GRANTED**, and the "Appeal" is **DENIED**.

158 A.3d 1241

Pamela ANGELL, Individually and as The Administratrix of the Estate of Thomas W. Bauer, Jr., Deceased

v.

James F. DERENO, Ross Township, and West View Borough

Petition of: Ross Township

No. 228 WAL 2016

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

158 A.3d 1241

**Pamela ANGELL, Individually and as The Administratrix of the Estate of Thomas W. Bauer, Jr., Deceased**

v.

**James F. DERENO, Ross Township, and West View Borough**

**Petition of: West View Borough**

**No. 217 WAL 2016**

Supreme Court of Pennsylvania.

October 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.